# Court of Appeals
# of the State of Georgia

ATLANTA, July 23, 2025

*The Court of Appeals hereby passes the following order:*

**A26E0006. HOWARD GREGORY AZAR v. THE STATE.**

The motion for an extension of time filed by Appellant in the above-referenced case is hereby GRANTED. Appellant is granted a 30-day extension resulting in a due date of Monday, August 25, 2025; no further extensions may be granted. See Court of Appeals Rule 16 (c).



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,* 07/23/2025

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*